UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

COREY L. BRACKEN,

                **Plaintiff,**

        v.                              Civil No. 3:13-cv-00697-AA

MCDONALD'S CORPORATION,

                **Defendant.**

**JUDGMENT**

This action is dismissed.

Dated: July 8, 2013.

                MARY L. MORAN, Clerk

                by /s/ L. Graham
                    L. Graham, Deputy Clerk

**JUDGMENT**